# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IMG WORLDWIDE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW BALDWIN, <br><br> Defendant. | Case No. 1:10-cv-00794-KMO <br><br> **DECLARATION OF RANDY EDSALL** |

I, Randy Edsall, declare as follows:

1. I am the head coach of the University of Connecticut football team, a position that I have held since 1999.

2. From December 2003 to February 2010, I was represented by IMG's Coaches Division.

3. In February 2010, I terminated my relationship with IMG because I was concerned about a potential conflict of interest between IMG College's representation of the University of Connecticut (my employer) and IMG Coaches' representation of me. I was also dissatisfied with the way that Gary O'Hagan represented me in connection with certain employment and marketing opportunities. I had discussed my concerns with O'Hagan on several occasions.

4. Matt Baldwin had absolutely nothing to do with my decision to terminate my relationship with IMG.

5. I understand that Matt Baldwin recently departed from IMG to join Creative Artists Agency ("CAA"). At no point has Baldwin solicited me to join CAA.

6. Currently, I am not represented by an agency and I am considering opportunities with several agencies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 18, 2010

*Randy Edsall*
Randy Edsall