UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IMG WORLDWIDE, INC. | ) | CASE NO. 1:10-cv-794 |
| | ) | |
| Plaintiff | ) | JUDGE O'MALLEY |
| | ) | |
| vs. | ) | **PLAINTIFF IMG WORLDWIDE,** |
| | ) | **INC.'S MOTION FOR LEAVE** |
| MATTHEW BALDWIN | ) | **TO FILE SURREPLY *INSTANTER*** |
| | ) | |
| Defendant | ) | |

Plaintiff IMG Worldwide, Inc. ("IMG") respectfully seeks leave to file *instanter* the accompanying *IMG Worldwide, Inc.'s Sur-Reply to Defendant's Brief in Further Support of His Motion to Dismiss or Transfer the Amended Complaint*. Defendant's 25-page Brief in Further Support of His Motion to Dismiss or Transfer (the "Reply") submits two new declarations and numerous document exhibits that were not previously submitted. These submissions characterize certain facts – particularly facts related to the manner in which Defendant Matthew Baldwin took electronic documents from IMG and the current status of the proceedings between the parties in the U.S. District Court for the Central District of California – in a manner that is either misleading or argumentative to the point of inviting confusion. IMG offers the sur-reply to address any confusion caused by the Reply's characterization of the fact record and to assist the Court in a full hearing of the issues implicated by Defendant's motion. In order to respond to the various points raised for the first time in Defendant's Reply and the attendant submissions, it is necessary for IMG to submit its brief sur-reply. IMG believes that

the sur-reply will be helpful to a determination of the numerous issues raised by the pending briefing.

                                              Respectfully submitted,

                                              /s/ John M. Alten
                                              Joseph A. Castrodale (0018494)
                                              John M. Alten (0071580)
                                              Brad A. Sobolewski (0072835)
                                              ULMER & BERNE LLP
                                              Skylight Office Tower
                                              1660 West 2nd Street, Suite 1100
                                              Cleveland, OH  44113
                                              Tel:  (216) 583-7000
                                              Fax:  (216) 583-7001
                                              jcastrodale@ulmer.com
                                              jalten@ulmer.com
                                              bsobolewski@ulmer.com

                                              Attorneys for Plaintiff

OF COUNSEL:

Mark C. Holscher
Jeffrey S. Sinek
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Tel:  (213) 680-8190
Fax:  (213) 680-8500
mark.holscher@kirkland.com
jeff.sinek@kirkland.com

3

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing was filed electronically with the Court on August 5, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.

<u>/s/ John M. Alten</u><br>
One of the Attorneys for Plaintiff<br>
IMG Worldwide, Inc.