UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IMG WORLDWIDE, INC. | ) | CASE NO. 1:10-cv-794 |
| | ) | |
| Plaintiff | ) | JUDGE O'MALLEY |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| MATTHEW BALDWIN | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff IMG Worldwide, Inc. hereby dismisses all of its claims in the instant action with prejudice.

Respectfully submitted,

/s/ John M. Alten
Joseph A. Castrodale (0018494)
John M. Alten (0071580)
Brad A. Sobolewski (0072835)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113
Tel:  (216) 583-7000
Fax:  (216) 583-7001
jcastrodale@ulmer.com
jalten@ulmer.com
bsobolewski@ulmer.com

Attorneys for Plaintiff

OF COUNSEL:

Mark C. Holscher
Jeffrey S. Sinek
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Tel: (213) 680-8190
Fax: (213) 680-8500
mark.holscher@kirkland.com
jeff.sinek@kirkland.com

3

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Court on September 14, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system.


/s/ John M. Alten
One of the Attorneys for Plaintiff
IMG Worldwide, Inc.